## UNITED STATES DISTRICT COURT
### Eastern District of Washington

NATHAN MARQUIS LEBARON,

Plaintiff,

v.

KIM M. EATON and MARLA PASCAL,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-247-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. Sections 1915A(b)(1) and 1915(e)(2). IT IS FURTHER ORDERED that the application to proceed in forma pauperis is DENIED and the Motion for Injunctive Relief (Ct. Rec. 4) is DENIED.

9/1/09
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White