UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| NATHAN MARQUIS LEBARON, | |
|---|---|
| Plaintiff, | NO. CV-09-247-JPH |
| vs. | ORDER DENYING MOTIONS AND FINDING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH |
| KIM M. EATON and MARLA PASCAL, | |
| Defendants. | |

BEFORE THE COURT are Plaintiff's Motion for Recusal (Ct. Rec. 11), Motion for Reconsideration (Ct. Rec. 12), Motion for Appointment of Counsel (Ct. Rec. 13) and Application for the Designation of a Department of the Court or Panel or Other Judge (Ct. Rec. 14), received on October 5, 2009, and noted for hearing without oral argument on October 8, 2009. The Motions were considered on the date signed below.

To recuse a judge for bias or prejudice under 28 U.S.C. § 144, the party seeking disqualification must file an affidavit setting forth specific facts and reasons for the belief that bias exists. *Davis v. Fendler*, 650 F.2d 1154, 1163 (9th Cir. 1981). Section 144 states that when a party files an affidavit stating the judge has a "personal bias or prejudice" for or against a party, then "such judge shall proceed no further therein, but another judge shall be assigned to hear such

ORDER DENYING MOTIONS AND
FINDING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH -- 1

proceeding."

Plaintiff's request to recuse, however, only avers this judge's impartiality is questionable because he has ruled against Plaintiff in this action and in a prior proceeding, CV-08-240-EFS. Plaintiff's conclusory allegations this judicial officer is engaged in a massive conspiracy against Plaintiff because of Plaintiff's familial religious associations cannot reasonably call into question this Court's impartiality. Therefore, the affidavit does not state grounds for recusal under § 144, and referral to another judge for determination of the merits of the motion is not necessary. *See United States v. Sibla*, 624 F.2d 864, 867 (9th Cir. 1980). A motion to disqualify under § 455 is decided by the judge himself. *Id.,* at 867-68.

For the reasons set forth above and in the Order dismissing this action (Ct. Rec. 9), **IT IS ORDERED** Plaintiff's pending motions (Ct. Recs. 11, 12, and 13) are **DENIED.** The court finds any appeal of the dismissal of this action or this Order would not be taken in good faith.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff, and close the file.

**DATED** this     21st     day of October 2009.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTIONS AND
FINDING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH -- 2